**cliffchevallier@gmail.com**

| | |
|---|---|
| From: | Michel Navedo <m@kush.com> |
| Sent: | Thursday, October 24, 2019 3:03 PM |
| To: | Tim Fields |
| Cc: | cliffchevallier@gmail.com; Darian Brooks |
| Subject: | Re: 6,000 lbs of biomass |

Hello all,
Thanks for the call today. Newton Hill is ready to move forward with a 5,000 lb purchase.

Tim, please reply with an invoice for the total purchase amount and wire information. Also, describe next steps for shipment.

Thanks and please let me know how I can be of assistance.

Kind regards,



**Michel Navedo**
SENIOR BUSINESS DEVELOPMENT MANAGER
425.606.7236
M@kush.com | kush.com
Follow Us on Social:
   

On Tue, Oct 15, 2019 at 8:34 AM Tim Fields <tim@baywatergreens.com> wrote:
Hey Guys I have attached two COA's we have done and the 4 COAS from the University of Maryland. We were in a pilot program this year with the University of Maryland under strict guidelines. They chose a patch of Hemp plants in our field to study from start to finish. No pesticides were allowed and they monitored all aspects of the growing practices. We asked to have their 4 samples included into our COA Spread sheet (attached) and we feel their results are a good broad view of what we produced. A strong healthy crop with solid CBD numbers.

If we take an average of their four tests we land at 14% CBD median at 2.00 per point per pound would be 28.00. However since we are seeing some lower 12.5% tests as well we are thinking to offer the product at around the current Kush price I think it is around 26.00 per pound.

We are looking to offer transparency with the hopes to build a relationship for the future. If you take a sample and it comes back differently we can adjust and we are open and flexible to this concept.

We want to establish a relationship now in order to lock in for next year and offer solid pricing, delivery and quality. We own over 4,000 acres and we have the knowledge and workforce to scale up.

On Mon, Oct 14, 2019 at 1:59 PM Michel Navedo <m@kush.com> wrote:

Tim and Cliff,

Great connecting with you today. We discussed the purchase of 5-6k lbs of milled biomass ready to ship by end of week. Tim added they have a fleet of tractor trailers and will cover freight cost from Maryland to Vermont. You can find a link to the ad here.

Next step is to arrange for a secondary sample to be tested at an agreed on lab. Either Cliff can send a representative to pull the sample or Tim can video a sample pull and send it off.

Please reply all so that I can continue to be of assistance.

Kind regards,



**Michel Navedo**
SENIOR BUSINESS DEVELOPMENT MANAGER
425.606.7236
M@kush.com | kush.com
Follow Us on Social:
   

--

Tim Fields
Director of Sales and Marketing
Baywater Farms LLC
cell: 443-783-4185
fax: 410-742-6550
www.baywaterfarms.com
@baywaterfarms



2