SunX Analytical
M. Holloway Hemp Potency Study

| Harvest date | | 7/2/2019 | | Moisture | Bone dry | |
|---|---|---|---|---|---|---|
| | CBD | CBD-A | **CBD Potency** | THC | THC-A | **THC Potency** |
| Gen 1 - Top 1 | 0.29 | 2.29 | **2.30** | 0.01 | 0.11 | **0.11** |
| Gen 1 - Top 2 | 0.33 | 2.97 | **2.93** | 0.04 | 0.08 | **0.11** |
| Gen 1 - Top 3 | 0.37 | 2.40 | **2.47** | 0.02 | 0.08 | **0.09** |
| Gen 2 - Top 1 | 0.34 | 2.23 | **2.30** | 0.01 | 0.09 | **0.09** |

| Harvest date | | 8/7/2019 | | Moisture | 49% | |
|---|---|---|---|---|---|---|
| | CBD % | CBD-A % | **CBD Potency** | THC % | THC-A % | **THC Potency** |
| Gen 1 - Top 2 | 0.06 | 2.18 | **1.97** | 0.00 | 0.08 | **0.07** |
| Gen 1 - Top 4 | 0.00 | 2.48 | **2.17** | 0.00 | 0.05 | **0.04** |
| Gen 1 - Top 1 | 0.00 | 3.15 | **2.76** | 0.00 | 0.14 | **0.12** |
| Gen 1 - Top 3 | 0.00 | 2.08 | **1.82** | 0.00 | 0.12 | **0.11** |

| Harvest date | | 9/9/2019 | | Moisture | 15% | |
|---|---|---|---|---|---|---|
| | CBD % | CBD-A % | **CBD Potency** | d9 THC % | THC-A % | **THC Potency** |
| Hemp Bud 0909 | 0.31 | 14.06 | **12.64** | 0.05 | 0.64 | **0.60** |
| CBD Oil 1800 - 2oz | 29.4mg/mL = ~ 1800 g per 60 mL bottle (very close to claim) | | | | | **0.13** |
| Hemp CBD 600 | 20.4 mg/mL = ~612g per 30 mL bottle( right on the money) | | | | | **0.11** |

| Harvest date | | 9/27/2019 | | Moisture | 12% | |
|---|---|---|---|---|---|---|
| | CBD % | CBD-A % | **CBD Potency** | d9 THC % | THC-A % | **THC Potency** |
| UMD 50 (1-x) | 1.64 | 13.67 | **13.63** | 0.17 | 0.40 | **0.52** |
| UMD 150 (2-x) | 2.42 | 13.65 | **14.39** | 0.23 | 0.34 | **0.53** |
| UMD 200 (3-x) | 1.36 | 12.72 | **12.52** | 0.18 | 0.35 | **0.49** |
| UMD 250 (4-x) | 2.52 | 16.50 | **16.99** | 0.26 | 0.45 | **0.66** |
| MD State Certification | 1.97 | 12.50 | **12.93** | 0.20 | 0.38 | **0.53** |

Above is testing done by the University of Maryland. They pulled 4 different plants down in our field. Each plant had different levels of CBD ranging from 12.52 to 16.99% as seen above.

# Cannabinoid Profile Certificate

9/30/2019



## &lt;Sample Information&gt;

System Administrator
Sample Name : MHolloway MD Certification - 190926
Sample ID : 0929-169
Data Filename : BR190929_9292019_011.lcd
Method Filename : QC Concentrate -190702 Mod.lcm
Batch Filename : BR190929.lcb
Vial # : 1-69
Injection Volume : 10 uL
Sample Amount : 2948 mg
Extraction Vol. : mL
Dilution Factor :
Date Acquired : 9/29/2019 4:29:56 PM
Date Processed : 9/30/2019 4:57:53 PM

Sample Type : Unknown

Acquired by : System Administrator
Processed by : System Administrator

## &lt;Chromatogram&gt;



## &lt;Quantitative Results&gt;

PDA

| ID# | Name | Dry weight % | Conc. | Unit |
|---|---|---|---|---|
| 1 | CBDV | 0.00 | -- | mg/g |
| 2 | THCV | 0.00 | -- | mg/g |
| 3 | CBD | 1.97 | 19.698 | mg/g |
| 4 | CBG | 0.00 | -- | mg/g |
| 5 | CBDA | 12.51 | 125.057 | mg/g |
| 6 | CBGA | 0.46 | 4.581 | mg/g |
| 7 | CBN | 0.03 | 0.315 | mg/g |
| 8 | d9-THC | 0.21 | 2.081 | mg/g |
| 9 | d8-THC | 0.00 | -- | mg/g |
| 10 | CBC | 0.16 | 1.606 | mg/g |
| 11 | THCA-A | 0.38 | 3.771 | mg/g |

| Total d9 THC | 0.21% |
|---|---|
| Total CBD | 12.94% |

Note: Hemp field sample provided by Baywater Farms, LLC has been found to be compliant with the State of MD limit of 0.3% d9 THC

Signed:
Barry F. Pritchard

# Cannabinoid Profile Certificate     9/11/2019



### &lt;Sample Information&gt;

```
System Administrator
Sample Name      : AH - Smokeable-2 190909
Sample ID        : 0910-148
Data Filename    : BFR190704_9102019_031.lcd
Method Filename  : QC Concentrate -190702 Mod.lcm
Batch Filename   : BFR190704.lcb
Vial #           : 1-48                        Sample Type    : Unknown
Injection Volume : 10 uL
Sample Amount    : 524 mg
Extraction Vol.  : mL
Dilution Factor  :
Date Acquired    : 9/11/2019 12:53:45 AM       Acquired by    : System Administrator
Date Processed   : 9/11/2019 1:09:47 AM        Processed by   : System Administrator
```

### &lt;Chromatogram&gt;



### &lt;Quantitative Results&gt;

PDA

| ID# | Name   | Dry weight % | Conc.   | Unit |
|-----|--------|--------------|---------|------|
| 1   | CBDV   | 0.00         | --      | mg/g |
| 2   | THCV   | 0.83         | 8.310   | mg/g |
| 3   | CBD    | 0.18         | 1.819   | mg/g |
| 4   | CBG    | 0.07         | 0.736   | mg/g |
| 5   | CBDA   | 14.06        | 140.604 | mg/g |
| 6   | CBGA   | 0.51         | 5.101   | mg/g |
| 7   | CBN    | 0.00         | --      | mg/g |
| 8   | d9-THC | 0.03         | 0.259   | mg/g |
| 9   | d8-THC | 0.00         | --      | mg/g |
| 10  | CBC    | 0.02         | 0.221   | mg/g |
| 11  | THCA-A | 0.61         | 6.108   | mg/g |

| Total CBD | 12.51% |
|-----------|--------|

Case 2:20-cv-00042-cr   Document 1-2   Filed 03/17/20   Page 4 of 8

# CERTIFICATE OF ANALYSIS
## ISO/IEC 17025:2017 ACCREDITATION #103104



Order #: 38284
Order Name: Flower
Batch#: 091919
Received: 10/09/2019
Completed: 10/14/2019



## PESTICIDE ANALYSIS:

GSL SOP 401     PREPARED: 10/10/2019 20:11:02     UPLOADED: 10/11/2019 21:52:53

LCMS-MS - Shimadzu LCMS-8060

| Pesticide | Action Level (ppm) | Results (ppm) | LOQ (ppm) | LOD (ppm) | Pesticide | Action Level (ppm) | Results (ppm) | LOQ (ppm) | LOD (ppm) |
|---|---|---|---|---|---|---|---|---|---|
| ABAMECTIN B1A | 0.100 | N/D | 0.005 | 0.001 | IMAZALIL | 0.100 | N/D | 0.005 | 0.001 |
| ACEPHATE | 0.100 | N/D | 0.001 | 0.001 | IMIDACLOPRID | 5.000 | N/D | 0.005 | 0.001 |
| ACEQUINOCYL | 0.100 | N/D | 0.001 | 0.001 | KRESOXIM-METHYL | 0.100 | N/D | 0.010 | 0.005 |
| ACETAMIPRID | 0.100 | N/D | 0.005 | 0.001 | MALATHION | 0.500 | N/D | 0.005 | 0.001 |
| ALDICARB | 0.100 | N/D | 0.005 | 0.001 | METALAXYL | 2.000 | N/D | 0.001 | 0.001 |
| AZOXYSTROBIN | 0.100 | N/D | 0.001 | 0.001 | METHIOCARB | 0.100 | N/D | 0.005 | 0.001 |
| BIFENAZATE | 0.100 | N/D | 0.005 | 0.001 | METHOMYL | 1.000 | N/D | 0.001 | 0.001 |
| BIFENTHRIN | 3.000 | N/D | 0.005 | 0.001 | MEVINPHOS | 0.100 | N/D | 0.001 | 0.001 |
| BOSCALID | 0.100 | N/D | 0.005 | 0.001 | MYCLOBUTANIL | 0.100 | N/D | 0.005 | 0.001 |
| CARBARYL | 0.500 | N/D | 0.003 | 0.001 | NALED | 0.100 | N/D | 0.005 | 0.001 |
| CARBOFURAN | 0.100 | N/D | 0.001 | 0.001 | OXAMYL | 0.500 | N/D | 0.001 | 0.001 |
| CHLORANTRANILIPROLE | 10.000 | N/D | 0.005 | 0.005 | PACLOBUTRAZOL | 0.100 | N/D | 0.005 | 0.001 |
| CHLORPYRIFOS | 0.100 | N/D | 0.001 | 0.001 | PERMETHRINS | 0.500 | N/D | 0.005 | 0.001 |
| CLOFENTEZINE | 0.100 | N/D | 0.001 | 0.001 | PHOSMET | 0.100 | N/D | 0.005 | 0.001 |
| DAMINOZIDE | 0.100 | N/D | 0.005 | 0.001 | PIPERONYL BUTOXIDE | 3.000 | N/D | 0.001 | 0.001 |
| DIAZANON | 0.100 | N/D | 0.001 | 0.001 | | | | | |
| DICHLORVOS | 0.100 | N/D | 0.005 | 0.001 | PRALLETHRIN | 0.100 | N/D | 0.005 | 0.005 |
| DIMETHOATE | 0.100 | N/D | 0.001 | 0.001 | PROPICONAZOLE | 0.100 | N/D | 0.010 | 0.005 |
| DIMETHOMORPH | 2.000 | N/D | 0.005 | 0.001 | PROPOXUR | 0.100 | N/D | 0.001 | 0.001 |
| ETHOPROPHOS | 0.100 | N/D | 0.001 | 0.001 | PYRETHRINS (PYRETHRIN I) | 0.500 | N/D | 0.005 | 0.005 |
| ETOFENPROX | 0.100 | N/D | 0.001 | 0.001 | | | | | |
| ETOXAZOLE | 0.100 | N/D | 0.010 | 0.005 | PYRIDABEN | 0.100 | N/D | 0.005 | 0.001 |
| FENHEXAMID | 0.100 | N/D | 0.005 | 0.001 | SPINETORAM | 0.100 | N/D | 0.001 | 0.001 |
| FENOXYCARB | 0.100 | N/D | 0.005 | 0.001 | SPINOSAD | 0.100 | N/D | 0.001 | 0.001 |
| FENPYROXIMATE | 0.100 | N/D | 0.001 | 0.001 | SPIROMESIFEN | 0.100 | N/D | 0.005 | 0.001 |
| FIPRONIL | 0.100 | N/D | 0.003 | 0.001 | SPIROTETRAMAT | 0.100 | N/D | 0.001 | 0.001 |
| FLONICAMID | 0.100 | N/D | 0.025 | 0.010 | SPIROXAMINE | 0.100 | N/D | 0.001 | 0.001 |
| FLUDIOXONIL | 0.100 | N/D | 0.003 | 0.001 | TEBUCONAZOLE | 0.100 | N/D | 0.005 | 0.001 |
| HEXYTHIAZOX | 0.100 | N/D | 0.005 | 0.001 | THIACLOPRID | 0.100 | N/D | 0.001 | 0.001 |
| | | | | | THIAMETHOXAM | 5.000 | N/D | 0.001 | 0.001 |
| | | | | | TRIFLOXYSTROBIN | 0.100 | N/D | 0.001 | 0.001 |

N/D = Not Detected, A/LOQ = Above LOQ Level, B/LOQ = Below LOQ Level, B/LOD = Below LOD Level



4001 SW 47th Avenue Suite 208
Davie, FL 33314
1-833-TEST-CBD
info@greenscientificlabs.com




PJLA Testing
Accreditation #103104




Dr. Andrew Hall, Ph.D., CSO & Lab Director

Green Scientific Labs uses its best efforts to deliver high quality results and to verify that the data contained therein are based on sound scientific judgment and levels listed are guidelines only and all data was reported based on standard laboratory procedures and deviations. However Green Scientific Labs makes no warranties or claims to that effect and further shall not be liable for any damage or misrepresentation that may result from the use or misuse of the data contained herein in any way. Further, Green Scientific Labs makes no claims regarding representations of the analyzed sample to the larger batch from which it was taken. Data and information in this report are intended solely for the individual(s) for whom samples were submitted and as part of our strict confidentiality policy, Green Scientific Labs can only discuss results with the original client of record.



# CERTIFICATE OF ANALYSIS

**Certificate #:** 1376-1

Page 1 of 3

**Customer:** Baywater Farms

**Package Metrc ID#:** n/a     **Sample Metrc ID#:** n/a

**Strain Name:** Biomass     **Sample Date:** 9/30/2019   **Upload Date:** 10/8/2019

Foreign Matter Inspection:

| TERPENES | |
|---|---|
| Terpene | Content (wt/wt) % |
| α-Pinene | < LOQ |
| β-Pinene | < LOD |
| β-Myrcene | 0.036 |
| Limonene | < LOQ |
| Terpinolene | < LOD |
| Ocimene | < LOD |
| Linalool | < LOD |
| β-Caryophyllene | 0.201 |
| Humulene | 0.069 |
| β-Eudesmol | ND |
| Caryophyllene oxide | < LOD |
| Nerolidol | 0.030 |
| Camphene | < LOD |
| Δ3-Carene | ND |
| α-Terpinene | < LOD |
| Paracymene | ND |
| Eucalyptol | 0.006 |
| Γ-Terpinolene | < LOD |
| Isopulegol | < LOD |
| Geraniol | < LOD |
| Valencene | 0.018 |
| (-)-Guaiol | 0.020 |
| (-)-α-Bisabolol | 0.033 |
| Total: | 0.412 |

| CANNABINOID CONTENT | |
|---|---|
| Cannabinoid | Content (wt/wt %) |
| Δ9-THC | 0.07 |
| THCA | 0.29 |
| CBD | 0.48 |
| CBDA | 8.32 |
| THCVA | ND |
| THCV | ND |
| CBN | < LOD |
| CBG | ND |
| Δ8-THC | ND |
| CBGA | 0.12 |
| CBDV | ND |
| CBDVA | 0.09 |
| CBL | ND |
| CBC | 0.04 |
| CBNA | ND |
| CBCA | < LOD |
| Total: | 9.42 |

FORM SOI-5867-1, Rev. C

| PESTICIDES | |
|---|---|
| Analyte | PPM |
| Acetamiprid | ND |
| Abamectin | ND |
| Aldicarb | ND |
| Ancymidol | ND |
| Azoxystrobin | ND |
| Bifenazate | ND |
| Bifenthrin | ND |
| Boscalid | ND |
| Carbaryl | ND |
| Carbofuran | ND |
| Chlorantraniliprole | ND |
| Chlorpyrifos | ND |
| Clofentezine | ND |
| Cyfluthrin | ND |
| Daminozide (Alar) | ND |
| DDVP (Dichlorvos) | ND |
| Diazinon | ND |
| Dimethoate | ND |
| Ethephon | ND |
| Etoxazole | ND |
| Fenpyroximate | ND |
| Fipronil | ND |
| Flonicamid | ND |
| Fludioxonil | ND |

| PESTICIDES | |
|---|---|
| Analyte | PPM |
| Flurprimidol | ND |
| Hexythiazox | ND |
| Imazalil | ND |
| Imidacloprid | ND |
| Kresoxim-methyl | ND |
| Malathion | ND |
| Metalaxyl | ND |
| Methiocarb | ND |
| Methomyl | ND |
| Myclobutanil | ND |
| Naled | ND |
| Oxamyl | ND |
| Paclobutrazol | ND |
| Permethrin (cis+trans) | ND |
| Phosmet | ND |
| Piperonyl butoxide | ND |
| Propicanazole | ND |
| Pyrethrins | ND |
| Spinosad | ND |
| Spiromesifen | ND |
| Spirotetramat | ND |
| Thiacloprid | ND |
| Thiamethoxam | ND |
| Trifloxystrobin | ND |

| HEAVY METALS | | |
|---|---|---|
| Heavy Metal | PPM | State Levels |
| Lead (Pb) | < LOQ | < 1.0 PPM |
| Arsenic (As) | < LOQ | < 0.4 PPM |
| Mercury (Hg) | < LOD | < 0.2 PPM |
| Cadmium (Cd) | 0.143 | < 0.4 PPM |
| Chromium (Cr) | 0.217 | < 0.6 PPM |
| Barium (Ba) | 25.895 | < 60.0 PPM |
| Silver (Ag) | < LOD | < 1.4 PPM |
| Selenium (Se) | ND | < 26.0 PPM |

| RESIDUAL SOLVENTS | | |
|---|---|---|
| Solvent | PPM | State Levels |
| Heptanes | ND | < 5000 |
| Hexanes | ND | < 290 |
| Butanes | ND | < 5000 |
| Benzene | ND | < 2 |
| Toluene | ND | < 890 |
| Total Xylenes | ND | < 2170 |
| Propanes | ND | < 5000 |
| Ethanol | ND | < 5000 |

FORM SOI-5867-1, Rev. C

| MICROBIOLOGICAL | | |
|---|---|---|
| Microbiological Impurity | CFU/g | State Levels |
| Total Aerobic Microbial Count (TAMC) | 8,511 | < 100,000 |
| Total Yeast and Mold Count (TYMC) | 0 | < 10,000 |
| E. coli | 0 | < 100 |
| Salmonella Sp. (Present/Absent) | Absent | Absent |

| WATER | | |
|---|---|---|
| Water Activity (Aw) | n/a | (< 0.65) |
| Moisture Content | 11.44 | % |

| MYCOTOXIN | | |
|---|---|---|
| Mycotoxin | PPB | State Levels |
| Aflatoxins B1, B2, G1, G2 | ND | < 20 |
| Ochratoxin A | ND | < 20 |



*Scott Robertson*

Scott Robertson, M.Sc.
Laboratory Director



ACCREDITED
Testing Laboratory

1131 Benfield Blvd. Suite P, Millersville, MD 21108
410-980-9833 | www.atlantictestlabs.com

**Terms & Definitions:**

ND  =  Not Detected
LOD =  Limit of Detection
LOQ =  Limit of Quantitation

FORM SOI-5867-1, Rev. C



# botanacor

# CERTIFICATE OF ANALYSIS

prepared for: **CANNA-VENTURES OF WV**
*200 HELIPORT LOOP RD*
*BRIDGEPORT, WV 26330*

## RFSO

| | | | |
|---|---|---|---|
| **Batch ID:** | RFSO-001 | **Test ID:** | 3937711.002 |
| **Reported:** | 13-Sep-2019 | **Method:** | TM17 |
| **Type:** | Concentrate | | |
| **Test:** | Pesticides | | |

## PESTICIDE RESIDUE

| Compound | Dynamic Range (ppb) | Result (ppb) | Compound | Dynamic Range (ppb) | Result (ppb) |
|---|---|---|---|---|---|
| Acephate | 52 - 2412 | ND* | Malathion | 52 - 2412 | ND* |
| Acetamiprid | 52 - 2412 | ND* | Metalaxyl | 313 - 2412 | ND* |
| Avermectin | 313 - 2412 | ND* | Methiocarb | 52 - 2412 | ND* |
| Azoxystrobin | 52 - 2412 | ND* | Methomyl | 52 - 2412 | ND* |
| Bifenazate | 52 - 2412 | ND* | MGK 264 1 | 52 - 2412 | ND* |
| Boscalid | 313 - 2412 | ND* | MGK 264 2 | 313 - 2412 | ND* |
| Carbaryl | 52 - 2412 | ND* | Myclobutanil | 313 - 2412 | ND* |
| Carbofuran | 52 - 2412 | ND* | Naled | 313 - 2412 | N/A |
| Chlorantraniliprole | 52 - 2412 | N/A | Oxamyl | 52 - 2412 | ND* |
| Chlorpyrifos | 313 - 2412 | ND* | Paclobutrazol | 52 - 2412 | ND* |
| Clofentezine | 52 - 2412 | ND* | Permethrin | 313 - 2412 | ND* |
| Diazinon | 52 - 2412 | ND* | Phosmet | 52 - 2412 | ND* |
| Dichlorvos | 313 - 2412 | ND* | Prophos | 313 - 2412 | ND* |
| Dimethoate | 52 - 2412 | ND* | Propoxur | 313 - 2412 | ND* |
| E-Fenpyroximate | 313 - 2412 | ND* | Pyridaben | 313 - 2412 | ND* |
| Etofenprox | 313 - 2412 | ND* | Spinosad A | 52 - 2412 | ND* |
| Etoxazole | 313 - 2412 | ND* | Spinosad D | 313 - 2412 | ND* |
| Fenoxycarb | 52 - 2412 | ND* | Spiromesifen | 52 - 2412 | ND* |
| Fipronil | 313 - 2412 | N/A | Spirotetramat | 313 - 2412 | ND* |
| Flonicamid | 52 - 2412 | ND* | Spiroxamine 1 | 52 - 2412 | ND* |
| Fludioxonil | 313 - 2412 | ND* | Spiroxamine 2 | 52 - 2412 | ND* |
| Hexythiazox | 313 - 2412 | ND* | Tebuconazole | 52 - 2412 | ND* |
| Imazalil | 313 - 2412 | ND* | Thiacloprid | 52 - 2412 | ND* |
| Imidacloprid | 52 - 2412 | ND* | Thiamethoxam | 52 - 2412 | ND* |
| Kresoxim-methyl | 52 - 2412 | ND* | Trifloxystrobin | 313 - 2412 | ND* |

\* ND = None Detected (Defined by Dynamic Range of the method)
N/A

## FINAL APPROVAL

| | |
|---|---|
| *Samantha Smith* (signature) | *Greg Zimpfer* (signature) |
| Sam Smith | Greg Zimpfer |
| 13-Sep-2019 | 13-Sep-2019 |
| 2:47 PM | 2:57 PM |
| **PREPARED BY / DATE** | **APPROVED BY / DATE** |

Testing results are based solely upon the sample submitted to Botanacor Laboratories, LLC, in the condition it was received. Botanacor Laboratories, LLC warrants that all analytical work is conducted professionally in accordance with all applicable standard laboratory practices using validated methods. Data was generated using an unbroken chain of comparison to NIST traceable Reference Standards and Certified Reference Materials. This report may not be reproduced, except in full, without the written approval of Botanacor Laboratories, LLC.

Botanacor Laboratories™, All Rights Reserved  |  1001 S. Galapago St., Denver, CO 80223  |  888.800.8223  |  www.Botanacor.com