3

**Baywater Greens, LLC**
27616 Little Lane
Salisbury, MD  21801
(443)783-4185


BAYWATER FARMS

# INVOICE

| BILL TO | SHIP TO | |
|---|---|---|
| Newton Hill Lab | Newton Hill Lab | **INVOICE #** BWG15086 |
| Milton, VT  05468 | Milton, VT  05468 | **DATE** 10/25/2019 |
| | | **DUE DATE** 10/25/2019 |
| | | **TERMS** Due on receipt |

| SHIP DATE | SHIP VIA | PURCHASE ORDER | DELIVERY TIME |
|---|---|---|---|
| 11/02/2019 | 14 | KUSH/Newton Hill | 11 AM |

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| 5,000 Pounds of Maryland Grown Hemp Biomass -CBD 13% (Delta 9 below Legal Limit .3) | 5,000 | 26.00 | 130,000.00 |
| Baywater Insured and Secure Delivery Fee | 1 | 2,500.00 | 2,500.00 |

Product of the USA

**BALANCE DUE**     **$132,500.00**

Customer Signature: _____