4

# CERTIFICATE OF ANALYSIS
## ISO/IEC 17025:2017 ACCREDITATION #103104



Order #: 44768
Order Name: test 1
Batch#: 01D
Received: 12/26/2019
Completed: 01/02/2020

Newton Hill Labs, LLC
107 CATAMOUNT DRIVE Unit C
Milton VT, 05468
(802) 891-6634
CLIFF@NHEXTRACTS.COM



## PESTICIDE ANALYSIS:

GSL SOP 401      PREPARED: 12/27/2019 12:16:29      UPLOADED: 12/30/2019 13:34:53

GCMS-MS - Shimadzu GCMS-TQ8040

| Pesticide | Action Level (ppm) | Results (ppm) | LOQ (ppm) | LOD (ppm) | Pesticide | Action Level (ppm) | Results (ppm) | LOQ (ppm) | LOD (ppm) |
|---|---|---|---|---|---|---|---|---|---|
| FIPRONIL | 0.100 | N/D | 0.003 | 0.001 | FLUDIOXONIL | 0.100 | N/D | 0.003 | 0.001 |

LCMS-MS - Shimadzu LCMS-8060

| Pesticide | Action Level (ppm) | Results (ppm) | LOQ (ppm) | LOD (ppm) | Pesticide | Action Level (ppm) | Results (ppm) | LOQ (ppm) | LOD (ppm) |
|---|---|---|---|---|---|---|---|---|---|
| ABAMECTIN B1A | 0.100 | N/D | 0.005 | 0.001 | IMIDACLOPRID | 5.000 | N/D | 0.005 | 0.001 |
| ACEPHATE | 0.100 | N/D | 0.001 | 0.001 | KRESOXIM-METHYL | 0.100 | N/D | 0.010 | 0.005 |
| ACEQUINOCYL | 0.100 | N/D | 0.001 | 0.001 | MALATHION | 0.500 | N/D | 0.005 | 0.001 |
| ACETAMIPRID | 0.100 | N/D | 0.005 | 0.001 | METALAXYL | 2.000 | N/D | 0.001 | 0.001 |
| ALDICARB | 0.100 | N/D | 0.005 | 0.001 | METHIOCARB | 0.100 | N/D | 0.005 | 0.001 |
| AZOXYSTROBIN | 0.100 | 2.242 | 0.001 | 0.001 | METHOMYL | 1.000 | N/D | 0.001 | 0.001 |
| BIFENAZATE | 0.100 | N/D | 0.005 | 0.001 | MEVINPHOS | 0.100 | N/D | 0.001 | 0.001 |
| BIFENTHRIN | 3.000 | N/D | 0.005 | 0.001 | MYCLOBUTANIL | 0.100 | N/D | 0.005 | 0.001 |
| BOSCALID | 0.100 | N/D | 0.005 | 0.001 | NALED | 0.100 | N/D | 0.005 | 0.001 |
| CARBARYL | 0.500 | N/D | 0.003 | 0.001 | OXAMYL | 0.500 | N/D | 0.001 | 0.001 |
| CARBOFURAN | 0.100 | N/D | 0.001 | 0.001 | PACLOBUTRAZOL | 0.100 | N/D | 0.005 | 0.001 |
| CHLORANTRANILIPROLE | 10.000 | N/D | 0.005 | 0.005 | PERMETHRINS | 0.500 | N/D | 0.005 | 0.001 |
| CHLORPYRIFOS | 0.100 | N/D | 0.001 | 0.001 | PHOSMET | 0.100 | N/D | 0.005 | 0.001 |
| CLOFENTEZINE | 0.100 | N/D | 0.001 | 0.001 | PIPERONYL BUTOXIDE | 3.000 | N/D | 0.001 | 0.001 |
| DAMINOZIDE | 0.100 | N/D | 0.005 | 0.001 | | | | | |
| DIAZANON | 0.100 | N/D | 0.001 | 0.001 | PRALLETHRIN | 0.100 | N/D | 0.005 | 0.005 |
| DICHLORVOS | 0.100 | N/D | 0.005 | 0.001 | PROPICONAZOLE | 0.100 | 0.119 | 0.010 | 0.005 |
| DIMETHOATE | 0.100 | N/D | 0.001 | 0.001 | PROPOXUR | 0.100 | N/D | 0.001 | 0.001 |
| DIMETHOMORPH | 2.000 | N/D | 0.005 | 0.001 | PYRETHRINS (PYRETHRIN I) | 0.500 | N/D | 0.005 | 0.005 |
| ETHOPROPHOS | 0.100 | N/D | 0.001 | 0.001 | | | | | |
| ETOFENPROX | 0.100 | N/D | 0.001 | 0.001 | PYRIDABEN | 0.100 | N/D | 0.005 | 0.001 |
| ETOXAZOLE | 0.100 | N/D | 0.010 | 0.005 | SPINETORAM | 0.100 | N/D | 0.001 | 0.001 |
| FENHEXAMID | 0.100 | N/D | 0.005 | 0.001 | SPINOSAD | 0.100 | N/D | 0.001 | 0.001 |
| FENOXYCARB | 0.100 | N/D | 0.005 | 0.001 | SPIROMESIFEN | 0.100 | N/D | 0.005 | 0.001 |
| FENPYROXIMATE | 0.100 | N/D | 0.001 | 0.001 | SPIROTETRAMAT | 0.100 | N/D | 0.001 | 0.001 |
| FLONICAMID | 0.100 | N/D | 0.025 | 0.010 | SPIROXAMINE | 0.100 | N/D | 0.001 | 0.001 |
| HEXYTHIAZOX | 0.100 | N/D | 0.005 | 0.001 | TEBUCONAZOLE | 0.100 | N/D | 0.005 | 0.001 |
| IMAZALIL | 0.100 | N/D | 0.005 | 0.001 | THIACLOPRID | 0.100 | N/D | 0.001 | 0.001 |
| | | | | | THIAMETHOXAM | 5.000 | N/D | 0.001 | 0.001 |
| | | | | | TRIFLOXYSTROBIN | 0.100 | N/D | 0.001 | 0.001 |

N/D = Not Detected, A/LOQ = Above LOQ Level, B/LOQ = Below LOQ Level, B/LOD = Below LOD Level

Dr. Andrew Hall, Ph.D., Chief Scientific Officer

Ben Witten, MS, MT., Lab Director

Green Scientific Labs
info@greenscientificlabs.com
1-833 TEST CBD

  

Green Scientific Labs uses its best efforts to deliver high quality results and to verify that the data contained therein are based on sound scientific judgment and levels listed are guidelines only and all data was reported based on standard laboratory procedures and deviations. However Green Scientific Labs makes no warranties or claims to that effect and further shall not be liable for any damage or misrepresentation that may result from the use or misuse of the data contained herein in any way. Further, Green Scientific Labs makes no claims regarding representations of the analyzed sample to the larger batch from which it was taken. Data and information in this report are intended solely for the individual(s) for whom samples were submitted and as part of our strict confidentiality policy, Green Scientific Labs can only discuss results with the original client of record.