

# Green Leaf Lab

251 Lathrop Way Suites D&E Sacramento, CA 95815
916-924-5227 / www.greenleaflabs.com
License#: C8-0000078-LIC

**Research and Development**



5

**Distributor**
Newton Hill Labs
107 Catamount Drive, Unit C, Milton VT 05468
7152019034810692551

**Cultivator/Manufacturer**
Newton Hill Labs R&D

7152019034810692551

## BM-2 BayWater

**Test RFID:**  
**Lab Sample ID:** S0A0102-02  
**Matrix:** Industrial Hemp  
**Date Sampled:** 01/21/20  

**Source RFID:** NA  
**Source Batch ID:** NA  
**Batch Size:** NA **Sample Size:** 3 g **Product Density:** NA  
**Date Received:** 01/21/20 **Harvest/Processing Date:** NA  

### Pesticide Analysis by GCMS/LCMS

**Date/Time Extracted:** 01/22/20 10:14 **Date/Time GC Analyzed:** 01/23/20 05:35  
**Analysis Method/SOP:** RP-001 **Date/Time LC Analyzed:** 01/23/20 00:54  

| Analyte | Result | Action Level | LOD | LOQ | Units | Analyte | Result | Action Level | LOD | LOQ | Units |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Abamectin | ND | 0.1 | 0.06 | 0.08 | ug/g | Acephate | ND | 0.1 | 0.06 | 0.08 | ug/g |
| Acequinocyl | ND | 0.1 | 0.06 | 0.08 | ug/g | Acetamiprid | ND | 0.1 | 0.06 | 0.08 | ug/g |
| Aldicarb | ND | 0.06 | 0.06 | 0.08 | ug/g | Azoxystrobin | 0.06 | 0.1 | 0.06 | 0.08 | ug/g |
| Bifenazate | ND | 0.1 | 0.06 | 0.08 | ug/g | Bifenthrin | ND | 3 | 0.06 | 0.08 | ug/g |
| Boscalid | ND | 0.1 | 0.06 | 0.08 | ug/g | Captan | ND | 0.7 | 0.5 | 0.5 | ug/g |
| Carbaryl | ND | 0.5 | 0.06 | 0.08 | ug/g | Carbofuran | ND | 0.06 | 0.06 | 0.08 | ug/g |
| Chlorantraniliprole | ND | 10 | 0.06 | 0.08 | ug/g | Chlordane | ND | 0.06 | 0.06 | 0.08 | ug/g |
| Chlorfenapyr | ND | 0.06 | 0.06 | 0.08 | ug/g | Chlorpyrifos | ND | 0.06 | 0.06 | 0.08 | ug/g |
| Clofentezine | ND | 0.1 | 0.06 | 0.08 | ug/g | Coumaphos | ND | 0.06 | 0.06 | 0.08 | ug/g |
| Cyfluthrin | ND | 2 | 0.2 | 0.7 | ug/g | Cypermethrin | ND | 1 | 0.2 | 0.5 | ug/g |
| Daminozide | ND | 0.06 | 0.06 | 0.08 | ug/g | DDVP (Dichlorvos) | ND | 0.06 | 0.06 | 0.08 | ug/g |
| Diazinon | ND | 0.1 | 0.06 | 0.08 | ug/g | Dimethoate | ND | 0.06 | 0.06 | 0.08 | ug/g |
| Dimethomorph | ND | 2 | 0.06 | 0.08 | ug/g | Ethoprophos | ND | 0.06 | 0.06 | 0.08 | ug/g |
| Etofenprox | ND | 0.06 | 0.06 | 0.08 | ug/g | Etoxazole | ND | 0.1 | 0.06 | 0.08 | ug/g |
| Fenhexamid | ND | 0.1 | 0.06 | 0.08 | ug/g | Fenoxycarb | ND | 0.06 | 0.06 | 0.08 | ug/g |
| Fenpyroximate | ND | 0.1 | 0.06 | 0.08 | ug/g | Fipronil | ND | 0.06 | 0.06 | 0.08 | ug/g |
| Flonicamid | ND | 0.1 | 0.06 | 0.08 | ug/g | Fludioxonil | ND | 0.1 | 0.06 | 0.08 | ug/g |
| Hexythiazox | ND | 0.1 | 0.06 | 0.08 | ug/g | Imazalil | ND | 0.06 | 0.06 | 0.08 | ug/g |
| Imidacloprid | ND | 5 | 0.06 | 0.08 | ug/g | Kresoxim-methyl | ND | 0.1 | 0.06 | 0.08 | ug/g |
| Malathion | ND | 0.5 | 0.06 | 0.08 | ug/g | Metalaxyl | ND | 2 | 0.06 | 0.08 | ug/g |
| Methiocarb | ND | 0.06 | 0.06 | 0.08 | ug/g | Methomyl | ND | 1 | 0.06 | 0.08 | ug/g |
| Methyl parathion | ND | 0.06 | 0.06 | 0.08 | ug/g | Mevinphos | ND | 0.06 | 0.06 | 0.08 | ug/g |
| Myclobutanil | ND | 0.1 | 0.06 | 0.08 | ug/g | Naled | ND | 0.1 | 0.06 | 0.08 | ug/g |
| Oxamyl | ND | 0.5 | 0.06 | 0.08 | ug/g | Paclobutrazol | ND | 0.06 | 0.06 | 0.08 | ug/g |
| Pentachloronitrobenzene | ND | 0.1 | 0.06 | 0.08 | ug/g | Permethrins | ND | 0.5 | 0.06 | 0.08 | ug/g |
| Phosmet | ND | 0.1 | 0.06 | 0.08 | ug/g | Piperonyl butoxide | ND | 3 | 0.06 | 0.08 | ug/g |
| Prallethrin | ND | 0.1 | 0.06 | 0.08 | ug/g | Propiconazole | 0.1 | 0.1 | 0.06 | 0.08 | ug/g |
| Propoxur | ND | 0.06 | 0.06 | 0.08 | ug/g | Pyrethrins | ND | 0.5 | 0.06 | 0.08 | ug/g |
| Pyridaben | ND | 0.1 | 0.06 | 0.08 | ug/g | Spinetoram | ND | 0.1 | 0.06 | 0.08 | ug/g |
| Spinosad | ND | 0.1 | 0.06 | 0.08 | ug/g | Spiromesifen | ND | 0.1 | 0.06 | 0.08 | ug/g |
| Spirotetramat | ND | 0.1 | 0.06 | 0.08 | ug/g | Spiroxamine | ND | 0.06 | 0.06 | 0.08 | ug/g |
| Tebuconazole | ND | 0.1 | 0.06 | 0.08 | ug/g | Thiacloprid | ND | 0.06 | 0.06 | 0.08 | ug/g |
| Thiamethoxam | ND | 5 | 0.5 | 1.0 | ug/g | Trifloxystrobin | ND | 0.1 | 0.06 | 0.08 | ug/g |

ND - Compound not detected
Results above the Action Level fail state testing requirements and will be highlighted Red.

Eric Wendt
Chief Science Officer - 1/23/2020

LQC samples were performed and met the prescribed acceptance criteria in 16 CCR section 5730; data available upon request. These results relate only to the sample included on this report. The report may not be reproduced except in full, without the written permission of Green Leaf Lab.
Lab results apply to the sample as received, samples were not collected per 16 CCR requirements



# Research and Development

**251 Lathrop Way Suites D&E Sacramento, CA 95815**
916-924-5227 / www.greenleaflabs.com
License#: C8-0000078-LIC

**Distributor**
Newton Hill Labs
107 Catamount Drive, Unit C, Milton VT 05468
7152019034810692551

**Cultivator/Manufacturer**
Newton Hill Labs R&D

7152019034810692551

## O1D-2

**Test RFID:**
**Lab Sample ID:** S0A0102-01
**Matrix:** Industrial Hemp
**Date Sampled:** 01/21/20

**Source RFID:** NA
**Source Batch ID:** NA
**Batch Size:** NA
**Sample Size:** 2 g
**Product Density:** NA
**Date Received:** 01/21/20
**Harvest/Processing Date:** NA

### Results at a Glance

**Overall Batch :** FAIL

**Azoxystrobin :** 0.8 ug/g  FAIL

**Propiconazole :** 1.3 ug/g  FAIL

Eric Wendt
Chief Science Officer - 1/23/2020

LQC samples were performed and met the prescribed acceptance criteria in 16 CCR section 5730; data available upon request. These results relate only to the sample included on this report. The report may not be reproduced except in full, without the written permission of Green Leaf Lab.
Lab results apply to the sample as received, samples were not collected per 16 CCR requirements