UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2020 SEP 21  PM 3: 39

CLERK

| | | |
|---|---|---|
| NEWTON HILL LABS, INC. | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action no. 2:20-cv-42 |
| | ) | |
| v. | ) | |
| | ) | |
| BAY WATER GREENS, LLC, | ) | |
| BAYWATER FARMS, LLC and | ) | |
| KUSH TOURISM, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER DISMISSING CLAIMS AGAINST KUSH TOURISM, LLC

Before the Court is the joint motion of Plaintiff and Defendant Kush Tourism, LLC ("Kush") to dismiss all claims against Kush pursuant to Federal Rule of Civil Procedure 41(a)(2). For the reasons set forth therein, the Court GRANTS the motion and ORDERS that all claims against Kush are hereby dismissed with PREJUDICE. It is further ORDERED that each party shall bear their own costs and attorney fees.

Dated: September 18th, 2020

Honorable Christina Reiss
United States District Judge

*4499451.1*